
FILED
JUL 21 2016 EW
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

NORTHERN DISTRICT COURT OF ILLINOIS
EASTERN DIVISION    Case No. 16 cv 03627

## Introduction

Petitioner **amendment** motion for judgment as a matter of law as follows:

(a) Facts of the case: defendant procedurally fails to timely file answer or appearance, (b) the procedural order was not final, it is not appealable, (c) defendant's misrepresents (7 Cir 1992) precedent in his motion to dismiss, that applies to a final judgment. (d) Petitioner was deprived to fair and just procedure, cause defendant fail to answer violated §1983.

1. The state trial court procedurally correctly decided that the respondent must file an answer and appearance by December 5, 2015. Respondent fail to procedurally defend or answer petitioner's complaint.

2. Respondent's doesn't challenge the Municipal court order for whether an error occurred or raise newly discovered evidence in this matter therefore; respondent's motion is barred from review pursuant to R 59 (e) and must be denied.

3. Respondent never challenged the final order from the municipal, that wasn't appealed, the only way for re litigation was for a remand from an error or newly discovered evidence from appellate review, rather than defendant re-litigating the transfer that deprives standings to the court's jurisdiction from the lacks off an appeal, pursuant to Article 6 §6 Illinois Constitution.

4. Petitioners request in this matter for the clerk to enter default that arose from federal question under §1983 respondent chooses not to answer, procedurally deprives petitioners privilege to due process of law for a fair proceeding and procedural. This court's jurisdiction depends on §§ 1331: 1343. That petitioner's claims relief in accordance with R. 55 (a) Fed. R. Civ. P. That petitioner's claim is in compliance with Rule 8 (a) 1, 2, and 3 Fed. R. Civ. P.

5. Petitioner demands default judgment for request in original complaint for 1,079,000.00 and that defendants misrepresented motion to dismiss be denied.

IN THE UNITED STATES DISTRCT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION      Case No. 16 cv 03627

Sledge –Plaintiff, v State Farm and Mr. Wolfe – Respondent's

**3nd amended Request ordering the Clerk for Entry of Default**

The Plaintiff requests the clerk for the Northern District of Illinois to enter defendants default in the above entitled action. The defendant has failed to appear, answer or otherwise plead the Attached order and is therefore in default as set out in this affidavit.

AFFIDAVIT OF DEFAULT IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT

State of Illinois}
County of Cook}

I Samuel Sledge being duly sworn depose and say;

1. Defendant's attorney has personal knowledge of the facts set forth in this affidavit. That the procedural default is not from a final order on the merits (R Order), the default affects Federal question §1983 enabling relief under § 1343
2. That the plaintiff State Farm was served on 27 day of August 2015 and that the other defendant John Aaron Wolfe was served by Alternative process on September 30, 2015.
3. The States Court Order states, that defendant must file an appearance and answer by Dec 5, 2015.
4. Defendant has failed to answer or otherwise defend plaintiff's complaint or serve a copy of any answer, or other defense it might have had.
5. This affidavit is executed in accordance with Rule 55 (a) Fed R Civ. P for the purpose enabling plaintiff to obtain an entry of default judgment against defendant (R State Court order appended) that is not final "appealable" for support.
6. Defendant's motion to dismiss should have been filed by June 7, 2016 that was not, misrepresented (final order) of federal precedent to law and fact from (7th Cir. 1992) Wherefore enable defendants motion denied, further demand relief for the amount in the original complaint for 1, 079, and 000.00

2.

*Samuel Sledge*

## Affidavit

I Samuel Sledge certify that the forgoing pleadings are true and correct to the best of my knowledge and belief.

## Certificate of service

On July 21, 2016 I certify that I served copies to Miller and Taylor 175 N Franklin 400 Fl Chicago, Illinois 60606 on July 21, 2016

Subscribed and sworn to before me
20th day of July 2016
at Chicago, County of Cook, State of Illinois.

_Lenya Marie Peters_
Notary Public

_Samuel Sledge_

Samuel Sledge
907 N. Lawler
Chicago, Illinois 60651
(708) 415-505
samuelsledge52@gmail.com

"OFFICIAL SEAL"
LENYA MARIE PETERS
Notary Public, State of Illinois
My Commission Expires 8/29/2020

USPS
Permit No. G-10

Print your name, address, and ZIP+4® in this box®

..l. Sledge
707 N. Lawler
...ago, IL 60651

USPS TRACKING#

Time: ____ Line # 22

..UNTY, ILLINOIS
..IVISION

) No. 15L 6380
) Motion Call "H"
) Trial Date: _____

...ER

| Code | Description |
|---|---|
| (8230) | Category #1 (18-month discovery) |
| (8232) | Category #2 (28-month discovery) |
| (4291) | R. 213(f)(1), (f)(2) & R. 214 discovery to be issued by _____ or deemed waived |
| (4296) | R. 213(f)(1), (f)(2) & R. 214 discovery to be answered by _____ |
| (4215) | R. 213(f)(1) and/or R. 213(f)(2) depositions to be completed by _____ |
| (4288) | R. 213(f)(2) deposition subpoenas to be issued by _____ or deemed waived |
| (4916) | R. 213(f)(2) depositions to be completed by _____ |
| (4206) | Parties to answer R. 213(f)(3) interrogatories by _____ |
| (4218) | Plaintiff(s)' R. 213(f)(3) witness depositions to be completed by _____ |
| (4218) | Defendant(s)' R. 213(f)(3) witness depositions to be completed by _____ |
| (4278) | Other R. 213(f)(3) witness depositions to be completed by _____ |
| (425) | All fact, R. 213(f)(1), or R. 213(f)(2) discovery is closed. (Circle all applicable) |
| (4619) | Continued for subsequent case management conference on DECEMBER 15, 2016 at 10:00 a.m./p.m. in courtroom 2209 for: |

(A) ___ Proper Service  (B) ___ D's & TPD's Appearance  (C) ___ Case Value
(D) ___ Pleading Status  (E) ___ Discovery Status  (F) ___ Pre-Trial/Settlement
(G) ___ Mediation Status  (H) ___ Trial Certification  (I) ___ Other (specify)

As we don't have an file Appearance and Answer by Dec
5 accept the Appearance and Answer is not file
Plaintiff can file a motion for Default.

(4105) ___ Case DWP'd  (4040) ___ Case voluntarily dismissed pursuant to 735 ILCS 5/2-1009
(4331) ___ Case stricken  (4284) ___ Motion stricken or  (4330) ___ Case stricken from
from CMC call  withdrawn from call  motion call

E12

ENTERED:  PLAINTIFF
EXHIBIT B

Att'y # _____
Att'y Name  Samuel Sledge
Att'y For _____
Address 707 N. Lawler
City Chicago, IL 60651
Telephone 708 415-6055
E-Mail samuelsledge@gmail.com

John H. Ehrlich, Circuit Court Judge

**CASE MANAGEMENT ORDER**
Copies of all prior CMC orders must be brought to all CMC court dates. Failure of any party to comply with a CMC order is a basis for R. 219(c) sanctions. Failure of any party to enforce this CMC order will constitute a waiver of such discovery by that party.